No. 1840. PEOPLE, APPELLEE, *v.* MONTAÑÉZ ET AL., APPELLANTS.—First District Court of San Juan. Assault and battery. Decided January 16, 1922. There was no bill of ex-

ceptions or statement of the case and the record discloses no fundamental error. *Affirmed.*